

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2023

April 24, 2023



**BY ECF**

Hon. Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    <u>Mt. Hawley Ins. Co. v. Energy Technology Management & Threading, LLC</u>
            Civ Action No.: 1:23-cv-01698-VEC

    Our File:    521023

Dear Judge Caproni:

This firm is counsel for plaintiff Mt. Hawley Insurance Company ("Mt. Hawley"). This letter application is being submitted on a joint basis with defendant Energy Technology Management & Threading, LLC ("ETMT"). The parties apologize for not submitting a joint letter and proposed Case Management Plan by the deadline set forth in the March 3, 2023 Order (Doc. 7).

The parties have been meeting and conferring regarding how to proceed in light of ETMT's pending motion to dismiss. The Court previously granted an Order (Doc. 17) granting the parties' proposed briefing scheduling for ETMT's pending motion to dismiss (Doc 12). Under the briefing schedule, the reply is due May 17, 2023.

In applying for the briefing schedule, the parties were remiss to not also request an adjournment of the initial pretrial conference scheduled for April 28, 2023 (and the corresponding joint letter deadline) to coincide with the pending motion. The parties believe they would mutually be in a better position to address the agenda for the pretrial conference once the motion is fully submitted. As such, the parties respectfully ask the Court to consider an adjournment of the pretrial conference (and joint letter) to a date following the submission of the fully briefed motion.

295 Main Street · Suite 836 · Buffalo, New York 14203 · T 716 878 9178 · www.delahuntpllc.com

Hon. Valerie Caproni, U.S.D.J.
April 24, 2023
Page 2



Pursuant to Rule 2.C of the Court's Individual Practices in Civil Cases:

The reason for the requested adjournment is, as noted above, to address pretrial issues once the parties have submitted their respective papers in connection with the motion to dismiss.

The initial pretrial conference is currently scheduled for April 28, 2023 at 10:00 a.m.

There have been no prior requests for extension of these deadlines.

This is a joint request.

For the conference, the parties propose any date the Court chooses after the May 17, 2023 deadline for reply submissions.

We are available at the Court's convenience to provide any additional information, and thank the Court for considering this application.

Respectfully submitted,

DELAHUNT LAW PLLC

Timothy E. Delahunt
tdelahunt@delahuntpllc.com

cc (by ECF):

Gerald C. deLaunay, Esq.
Perrin, Landry, deLaunay
P.O. Box 53597
Lafayette, Louisiana 70505

---

Application GRANTED.  The initial pretrial conference scheduled for April 28, 2023, is hereby ADJOURNED to **Friday, May 26, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint submissions are due no later than **May 18, 2023**.

SO ORDERED.

Date: 4/24/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE