```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MT. HAWLEY INSURANCE COMPANY,

                        Plaintiff,

       -against-                    23-CV-1698 (VEC)

                                  ORDER

ENERGY TECHNOLOGY MANAGEMENT &
THREADING, LLC,

                        Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on September 15, 2023, the parties appeared for a remote status conference.

        IT IS HEREBY ORDERED that, as discussed at the conference, Defendant's motion to dismiss is DENIED; Defendant's motion to stay is GRANTED, and all deadlines in this action are STAYED *sine die*.

        IT IS FURTHER ORDERED that the parties must provide joint status updates on the parallel action in the Western District of Louisiana on the first business day of every quarter, with the first such report due no later than **January 2, 2024**.

        The Clerk of Court is respectfully directed to close the open motion at docket entry 12 and to STAY this case.

**SO ORDERED.**

Date: September 15, 2023
      New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**