UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,
         Plaintiff,
 -against-             No. 1:23-CV-1698-VEC

ENERGY TECHNOLOGY MANAGEMENT   STIPULATION OF
& THREADING, LLC           DISMISSAL

           Defendant.

Pursuant to Rule 41(a)(1)(A)(ii), Mt. Hawley Insurance Company ("Plaintiff") hereby submits this Stipulation of Dismissal and would respectfully show the Court as follows:

Plaintiff no longer wishes to pursue the claims asserted herein and files this Stipulation of Dismissal dismissing all claims in this matter. The only other party herein, Defendant Energy Technology Management & Threading, LLC ("ETMT"), does not oppose this dismissal as indicated by the signature of its counsel below. No counterclaim has been filed.

Dated: May 24, 2024.

Respectfully Submitted,

DELAHUNT LAW PLLC

*/s/ Timothy E. Delahunt*
Timothy E. Delahunt
Bar Roll. No. TD-2791
tdelahunt@delahuntpllc.com

295 Main Street
Suite 836
Buffalo, New York 14203
Tel.: (716) 878-9178

*/s/ Greg K. Winslett*
GREG K. WINSLETT, *pro hac vice*
Texas State Bar No. 21781900
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com

***ATTORNEYS FOR MT. HAWLEY INSURANCE COMPANY***

AND

*/s/ Gerald C. deLaunay*
Gerald C. deLaunay, Bar no. 4835
Perrin, Landry, deLauney
P.O. Box 53597
Lafayette, LA 70505
(337) 233-5832
***dalaunay@plddo.com***

***ATTORNEY FOR DEFENDANT***